UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.B.D. Case No. 20-mc-91392-DJC |
| ) | |
| BRIAN CARDOSO, ) | |
| ) | |
| Defendant ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the government's motion seeking an order of continuance and excludable delay, to which Defendant has assented through his counsel, the Court finds as follows:

1. This case was initiated against Defendant by a criminal complaint in *United States v. Michael Brandao et al,* Case No. 20-MJ-06383-MPK. The government has provided the defense with initial discovery to allow Defendant to start preparing for any trial, as well as to review a potential disposition that could occur pre-indictment. The government is also obtaining additional evidence per the request of Defendant. The parties are presently engaged in negotiations regarding a pre-indictment plea resolution of the case. Such a possible resolution could benefit Defendant.

2. Accordingly, in light of all of the above, the ends of justice served by granting the requested continuance, and excluding the time period from November 18, 2020 through and including January 20, 2021 from the speedy trial clock, outweigh the best interests of the public and Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to January 20, 2021; and (2) the period from November 18, 2020 through and including January 20, 2021 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_Denise J. Casper_
**HON. DENISE J. CASPER**
**UNITED STATES DISTRICT JUDGE**

DATE: November 30, 2020